STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *Mark.Woolf@usdoj.gov*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES C. LOBELLO,<br><br>　　　　Defendant. | Case No. 2:10-cr-00324-JCM-NJK<br><br>**UNOPPOSED MOTION TO VACATE JUDGMENT DEBTOR EXAMINATION** |

　　　The United States of America files this unopposed motion requesting that the Court vacate the judgment debtor examination currently scheduled for March 22, 2017. *See* ECF No. 63. Undersigned counsel has communicated with Defendant's counsel, who indicated her non-opposition to vacating the currently scheduled examination.

　　　Dated this 17th day of March, 2017.

　　　　　　　　　　　　　　　　　　　　STEVEN W. MYHRE
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　　　　*/s/ Mark E. Woolf*
　　　　　　　　　　　　　　　　　　　　MARK E. WOOLF
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　**IT IS SO ORDERED**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　Dated: March 17, 2017

1