STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: Mark.Woolf@usdoj.gov
Attorneys for the United States.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00324-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO WITHDRAW DEFENDANT'S LETTER FILED AT ECF NO. 67** |
| CHARLES C. LOBELLO, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, and Defendant Charles C. LoBello, appearing *pro se*, hereby stipulate to the withdrawal of Defendant LoBello's Letter filed at ECF No. 67. The parties are working amicably and collaboratively to address Defendant's restitution and do not seek court intervention at this time.

Respectfully submitted this 18th day of December 2017.

STEVEN W. MYHRE
Acting United States Attorney

/s/ Mark E. Woolf
MARK E. WOOLF
Assistant United States Attorney

_____
CHARLES C. LOBELLO
Defendant, *Pro Se*

**IT IS SO ORDERED.**

_____
JAMES C. MAHAN
**United States District Judge**

Dated: December 21, 2017.

1